AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Juan Carlos Cerezo

*Defendant(s)*

Case No. 3:23-mj-00177

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 5, 2023** in the county of **Lane** in the _____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(C) | Possession with intent to distribute a quantity of a mixture and substance containing methamphetamine, a Schedule II controlled substance, and a quantity of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of DEA Task Force Officer Kevin McCarley.

☑ Continued on the attached sheet.

/s/ By phone
*Complainant's signature*

Kevin McCarly, DEA Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at **10:27 a.m./p.m.**

Date: **10/06/2023**

City and state: **Portland, Oregon**

Honorable Jolie A. Russo, U.S. Magistrate Judge
*Judge's signature*
*Printed name and title*